IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHARLES MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAN ANGELO POLICE DEPARTMENT, )<br>TOM GREEN COUNTY JAIL, SGT JOHN )<br>DAVID BOULIGNY, OFFICER ADRIAN E. )<br>HARDY, DEPUTY DOES 1-4 AND )<br>NURSE DOE, )<br>)<br>Defendants. ) | Civil Action No. 6:23-CV-062-C |

## RULE 54(b) JUDGMENT

In accordance with the Court's Order of even date granting the City Defendants' Motion to Dismiss and Brief Incorporated,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants San Angelo Police Department, Sargent John David Bouligny, and Officer Adrian E. Hardy are **DISMISSED WITH PREJUDICE**.

There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b) as to these Parties and claims only.

Signed this 20th day of November, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE