IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHARLES MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAN ANGELO POLICE DEPARTMENT, | ) |
| TOM GREEN COUNTY JAIL, SGT JOHN | ) |
| DAVID BOULIGNY, OFFICER ADRIAN E. | ) |
| HARDY, DEPUTY DOES 1-4 AND | ) |
| NURSE DOE, | ) |
| | ) |
| Defendants. | )   Civil Action No. 6:23-CV-062-C |

## ORDER

The Court, having considered Defendant Tom Green County's and Sheriff Nick Hanna's Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support, finds that said Motion should be **GRANTED** for essentially the reasons argued in the thorough and well-reasoned Motion and Reply. More specifically, Plaintiff concedes that he asserts no complaints against Defendants Tom Green County or Sheriff Hanna for his arrest or bystander liability.[1] As argued by the Defendants, Plaintiff's claims for inadequate supervision, hiring, and training lack specific factual support and are conclusory. Importantly, Plaintiff's allegations fail to establish an unconstitutional policy or custom that was a moving force behind any injury to Plaintiff. Likewise, Plaintiff's ADA claim fails to state a valid claim for relief and is merely a recasting of his excessive force and medical care claims. As such, Plaintiff's claims asserted

---

[1] Plaintiff fails to plead facts to support any personal involvement by Sheriff Hanna in the alleged incidents. Furthermore, the pleadings do not support that Hanna was deliberately indifferent in his alleged acts or omissions. Finally, Plaintiff's pleadings do not support a claim for "ratification" by Tom Green County or Sheriff Hanna.

against Defendants Tom Green County and Sheriff Nick Hanna are **DISMISSED WITH PREJUDICE**.

This Order disposes of all Parties and claims pending the above-styled and -numbered civil action.

SO ORDERED.

Dated this 29th day of July, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE