IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHARLES MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SAN ANGELO POLICE DEPARTMENT, ) | |
| TOM GREEN COUNTY JAIL, SGT JOHN ) | |
| DAVID BOULIGNY, OFFICER ADRIAN E. ) | |
| HARDY, DEPUTY DOES 1-4 AND ) | |
| NURSE DOE, ) | |
| ) | |
| Defendants. ) | Civil Action No. 6:23-CV-062-C |

## JUDGMENT

In accordance with the Court's Order of even date granting Defendants Tom Green County's and Sheriff Nick Hanna's Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims asserted against Defendants Tom Green County and Sheriff Nick Hanna are **DISMISSED WITH PREJUDICE**.

Signed this 29th day of July, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE